# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

George Lewis Higgins, III
Attorney at Law
P. O. Box 3370
Pineville LA 71361-3370

Judgment on rehearing rendered and mailed to all parties or counsel of record on December 18, 2019

## REHEARING ACTION: December 18, 2019

**Docket Number: 19   00360-KA consolidated with 97-KA**

**STATE OF LOUISIANA**
**VERSUS**
**KENNETH SETH THOMAS**

**Appealed from Rapides Parish Case No. 336,230**

<u>**BEFORE JUDGES**</u>**:**

**Hon. John D. Saunders**
**Hon. Phyllis M. Keaty**
**Hon. Jonathan W. Perry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Kenneth Seth Thomas** has this day been

**DENIED.**

cc: Hon. Phillip Terrell, Jr., Counsel for the Appellee
    Catherine L. Davidson, Counsel for the Appellee